# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### U.S. Probation / Pretrial Services

**LISA L. JOHNSON**
Chief U.S. Probation Officer

201 Jackson Street, Room 304
Post Office Box 3284
Monroe, Louisiana 71210-3284
318-323-1324
Fax -318-322-0112

March 21, 2016

Honorable Judge Robert G. James
United States District Judge
Western District of Louisiana
201 Jackson
Monroe, Louisiana 71201

Re:   **CALDWELL, Phyllis**
      **Dkt. # 3:12CR00304-01**
      **Request for Early Termination**

Dear Judge James:

The above-named defendant appeared before Your Honor, on March 18, 2013, for sentencing after having pled guilty to Count One of a one count Superseding Bill of Information charging her with Theft of Government Funds. Caldwell was sentenced to a five-year term of probation.

To date, Ms. Caldwell has been compliant with the conditions of supervision. The defendant paid the $100 Special Assessment fee and she and her co-defendant, John Lang, paid the $40,016.00 restitution in full. She has submitted financial documents as requested. Ms. Caldwell submits monthly reports on time each month. Criminal record checks show no new arrests or pending charges.

The purpose of this writing is to request the Court consider terminating Ms. Caldwell's probation early. As of this date, she has completed three years of the five-year term of probation which is scheduled to expire on March 17, 2018.

If you have any questions or need additional information, please contact me at (318)323-1324.

Reviewed and Approved:

William J. Garner, Supervising
U.S. Probation Officer

Date: 3-21-16

Respectfully submitted,

Azuree D. Mitchum
U. S. Probation Officer